IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ERICA WALKER, VICTORIA MAYWEATHERS**               **PLAINTIFFS**
**and VAN ROBBINS, Individually and on**
**Behalf of All Others Similarly Situated**

vs.                     No. 5:19-cv-1309-JKP

**TASKUS, INC., and TASKUS USA, LLC**                       **DEFENDANTS**

## JOINT STATUS REPORT

COME NOW Plaintiffs Erica Walker, Victoria Mayweathers, and Van Robbins ("Plaintiffs"), each individually and on behalf of others similarly situated, by and through their attorneys Merideth Q. McEntire and Josh Sanford of Sanford Law Firm, PLLC, and Defendants TaskUs, Inc. and TaskUs USA, LLC ("Defendants"), by and through their attorneys Johnathan Rector of Littler Mendelson, P.C. and provide this status update the Court:

      1.     Counsel for Plaintiffs and Defendants are in settlement discussions regarding the case.

      2.     Plaintiffs and Defendants have exchanged settlement offers and continue to negotiate.

      3.     The Parties are in agreement to continuing settlement negotiations prior to initiating arbitration.

                                                           Respectfully submitted,

                                                           **ERICA WALKER, VICTORIA**
                                                           **MAYWEATHERS and VAN ROBBINS,**

**Individually and on behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Merideth Q. McEntire
Tex. Bar No. 24105123
merideth@sanfordlawfirm.com

and **TASKUS, INC. and TASKUS USA, LLC, DEFENDANTS**

LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201
214.880.8100 (Telephone)
214.880.0181 (Fax)

*/s/ Jonathan G. Rector*
Jonathan G. Rector
Tex. Bar No. 24090347
jrector@littler.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing Joint Status Report was filed via the CM/ECF system, which will provide notice to the following attorney of record:

Jonathan G. Rector
jrector@littler.com

*/s/ Josh Sanford*
**Josh Sanford**